<pre>
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| CARL ARTHUR RENOWITZKY, aka CARL A.R. HITLER,<br><br>   Plaintiff,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 19-cv-05691-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br>Dkt. No. 1 |

Plaintiff sent a motion to the Court regarding various matters. Because a motion alone cannot properly initiate a lawsuit, the Court sent a Clerk's Notice advising him to file a complaint on the proper form (and an application to proceed *in forma pauperis*) by October 18, 2019. Plaintiff has failed to comply with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete application to proceed *in forma pauperis* (or full payment for the $400.00 filing fee).

Plaintiff's "Ex Parte Motion for Felony Violations Upon Those In Authority That Obstruct Justice" is DENIED as moot. (Dkt. No. 1.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** October 30, 2019



WILLIAM H. ORRICK
United States District Judge